SEALED

AO 91 (Rev. 08/09) Criminal Complaint

FILED

MAR 25 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

United States of America
v.

Joshua Clay Murphy

*Defendant(s)*

Case No. 25-mj-00239-SH

FILED UNDER SEAL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 22, 2025 in the county of Tulsa in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 115 | Influencing, impeding or retaliating against a Federal official |

This criminal complaint is based on these facts:

See Attached Affidavit by Special Agent Alan Frank.

☑ Continued on the attached sheet.

Alan Frank
*Complainant's signature*

Special Agent Alan Frank, DEA
*Printed name and title*

Sworn to before me by phone.

Date: 3/25/25

*Judge's signature*

City and state: Tulsa, OK

Susan E. Huntsman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Special Agent Alan Frank, being first duly sworn, hereby depose and state as follows:

## Introduction

1. I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice (DOJ). I have been a DEA Special Agent since May 2021. I am currently assigned to the Tulsa Resident Office (TRO) in Tulsa, Oklahoma, and I am an "investigative or law enforcement officer" of the United States as defined in 21 U.S.C. § 878(a). I was previously employed with the St. Louis County Police Department. I worked as a Police Officer for approximately six years.

2. During my law enforcement career, I have received specialized training from various federal and local law enforcement agencies. Pertinent to the current investigation, this training includes methods of unlawful manufacturing and distribution of illegal narcotics, methods of drug trafficking, as well as how drug traffickers derive, launder, and conceal their profits from drug trafficking. Additionally, I have received extensive training through my involvement in numerous investigations alongside officers at both the federal and local level. These investigations include, among other subjects, drug, and firearm violations.

3. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause for the requested warrant and, therefore, does not include every fact I have learned during this investigation.

4. Based on my training, research, experience, and the facts as set forth in this Affidavit, there is probable cause to believe that JOSHUA CLAY MURPHY (DOB XX/XX/1977), has violated 18 U.S.C. § 115, Influencing, Impeding, or Retaliating Against a Federal Official, and that this violation occurred within the Northern District of Oklahoma.

5. It is therefore requested that this Court issue a complaint and arrest warrant for JOSHUA CLAY MURPHY.

**Case Background**

6. In March of 2022, members of the Tulsa Resident Office (TRO) began an investigation into the Aaron Wilkie Murphy Drug Trafficking Organization (DTO). During the duration of the investigation members of the DTO have arrested approximately 13 members of the DTO to include Aaron Murphy, and other co-conspirators regarding drug conspiracy and other related offenses. During the investigation Aaron Murphy's brother, Joshua Clay Murphy, was identified as a money launder for the DTO. During the course of the investigation, members of the TRO did not arrest Joshua Murphy, and he is currently residing in Milfay, Oklahoma, located within Creek County, within the Northern District of Oklahoma.

**Probable Cause**

7. As part of the ongoing investigation into the Aaron Wilkie Murphy DTO,

the United States Marshals Service cultivated a Source of Information (SOI-1)[1]. SOI-1 has been providing tips to the United States Marshals Service for approximately 2 years. In January of 2025, SOI-1 began providing information to DEA Agents in the Tulsa Resident Office.

8. On March 22, 2025, a member of the TRO was contacted by SOI-1. SOI-1 sent the agent two audio files. The two audio files contained recorded conversation between Joshua Murphy utilizing telephone number 918-607-5192, and SOI-1. SOI-1 advised investigators that the conversation was recorded by SOI-1. Below is a synopsis of the first conversation. The below synopsis is not a transcript, and merely highlights the pertinent portion of the recorded conversation.

9. The conversation started with Joshua Murphy talking about how he is helping Toymeka Shackelford get money for a trailer. Joshua Murphy then begins to inform SOI-1 that he is trying to help Shackelford, but she is not providing Joshua Murphy with anything. Joshua Murphy tells SOI-1 that he needs "these motherfucker's names" because he doesn't care about the bad guys, the "crack heads", he wants the "motherfuckers" who are "fucking" with him. Joshua Murphy stated he asked Shackelford about an incident where a house got burned down.

---

[1] SOI-1 was identified through the United States Marshals tip line. SOI-1 provided information to the United States Marshal Service which assisted in identifying locations of fugitives. SOI-1's information was corroborated by members of the TRO and USMS and was not the sole reason for the fugitive arrests but rendered as mere assistance to the apprehension of the fugitives. SOI-1's information provided was factual. SOI-1 has also provided information to the TRO regarding narcotics investigations. SOI-1's information was corroborated independently by investigators. SOI-1 is an associate to the DTO and SOI-1's knowledge comes form the DTO directly. SOI-1 is providing the information as a good Samaritan and has not been compensated, and/or receiving anything from the DEA.

Joshua Murphy then details how "they" are trying to pin the arson on him. Joshua Murphy advises further he wants "their" names because they are pressuring him. Joshua Murphy continues to state, "like lets fucking roll this shit man, I'm fucking game man, bitch motherfuckers." Joshua Murphy continues to discuss how "they" (law enforcement) are trying to make stuff stick to get him, but he looks through his stuff all the time and he doesn't have any trackers or anything. Joshua Murphy continues and states he wants "their motherfucking names, I want their fucking addresses where they put their fucking kids at when they're sleeping, that what I want." Joshua Murphy then states, that he wants to track "them" (law enforcement). Joshua Murphy then states he wants "shit to go both ways." Joshua Murphy concludes the call by stating, he doesn't mind it because now its more of a game and he enjoys playing it a little bit, but he understands the consequences.

10. Through training, and experience, and knowledge of this investigation, members of the TRO recognize Toymeka to be Toymeka Shackelford a Tulsa-based DTO member. Paragraph 16 further details Shackelford's role in this incident, but investigators know that Shackelford has knowledge of Tulsa Police Officers due to her communication with them. Investigators believe that Joshua Murphy is discussing this with SOI-1 in the recording detailed above. Investigators also believe that Joshua Murphy is confused and believes the Tulsa Police Officers are DEA Agents as detailed further in paragraph 19, a text detailing a former DEA supervisor. Investigators also believe that when Joshua Murphy is discussing locating them, he is referencing the DEA Agents and their children. Joshua Murphy discusses how he

wants to inflict harm on the Agent's families as well as the agents.

11. Below is a synopsis of the second conversation which was recorded by SOI-1 on March 22, 2025. The parties on the recording are Joshua Murphy utilizing telephone number 918-607-5192 and SOI-1. The below synopsis is not a transcript, and merely highlights the pertinent portion of the recorded conversation.

12. The conversation began with Joshua Murphy discussing how they "want to start doing that shit, okay motherfuckers let's fucking run motherfuckers." Joshua Murphy then states that he doesn't have a real name (for the agents) because he believes Shackelford is dumb. Joshua Murphy then says he wants Shackelford to get their real names (believed to be law enforcement). Joshua Murphy then begins to talk about how Shackelford needs to stop talking to law enforcement. Joshua Murphy then continues to state that Shackelford isn't going to provide any evidence because if she was going to she already would. Joshua Murphy then continues to discuss the arrest of Starla Murphy (sister) and her Tulsa County Bond. Joshua Murphy then states that if something happens to him, "Fuck it". Joshua Murphy then discusses the alleged drug proceeds from the DTO and states that there is no money. Joshua Murphy then begins to discuss how he believes Shackelford is dumb, and that she doesn't have the names he is looking for. SOI-1 then informs Joshua Murphy that SOI-1 doesn't believe Shackelford has the names Joshua Murphy is looking for because she would have provided the names already if that was the case. Joshua Murphy then proceeds to discuss his belief of Shackelford's involvement. The conversation ends with Joshua Murphy stating, "I want to know the names of these

motherfucking, the god damn agents, if I can get their names, then I can start looking them up, but I don't know how to do it other than running it through data, I don't know ...unintelligible... they can probably give you a fake name, but I'm sorry, if someone was talking to you, what the fuck, see what I mean ...unintelligible... but I just want the motherfucking names and then I'll find their social media and shit. If I could find out anything and then look it up, learn anything about them and maybe get a fucking picture and then here's the thing ...unintelligible...literally just write down everything and be like hey and show her a picture is this the motherfucker you spoke with cause then fucking all hell could fucking come. If they want to pressure me, then fuck it, I want to do the same thing back don't worry motherfuckers I know your fucking children, fucking go, motherfucker, motherfuckers."

13. Through this investigation as well as training and experience investigators believe that the recording detailed above is Joshua Murphy discussing with SOI-1 that he wants to obtain the information of DEA Agents to harm them and their families.

14. On March 25, 2025, a member of the TRO received a text message from SOI-1. The text message contained a screenshot of a text message thread. Members of the TRO observed that the telephone number communicating with SOI-1 was telephone number 918-607-5192. Through this investigation members of the TRO identified the user of telephone number 918-607-5192 to be Joshua Murphy. Below is the picture that SOI-1 sent members of the TRO.


2:08
LTE 49
(918) 607-5192
Delivered
Looks like a good spot.
I'm looking for Kevin Patino DES
DEA
My sis has a court date at 2 and my mom don't want me there
iMessage

15. In the picture investigators observed that SOI-1 sent Joshua Murphy a video of a river. Joshua Murphy replied back and stated that it looks like a good spot. Joshua Murphy then replied stating, "I'm looking for Kevin Patino DES", "DEA". Then Joshua Murphy proceeds to talk about his sister's court hearing time. Investigators confirmed that Joshua Murphy's sister-in-law, Hong Thoa Thi Nguyen, A/K/A Thao Murphy, appeared in United States Magistrate Court at 2:00pm for a detention hearing. Investigators also know that Kevin Pino was the Acting Resident Agent in Charge of the TRO during the beginning of the Aaron Murphy investigation. Investigators know that Kevin Pino was listed in reports regarding the Murphy investigation as a Group Supervisor.

16. At approximately 1:08 p.m., a member of the TRO received another text message from SOI-1. SOI-1 informed members of the TRO that Joshua Murphy was trying to get addresses to all the DEA agents and names of their family members and kids and plans on dumping the van and anything else evidence related.

17. Through training and experience as well as knowledge of this investigation members of the TRO know that DEA was the lead investigative agency regarding the Aaron Wilkie Murphy DTO. Investigators also had information provided by SOI-1 that Joshua Murphy was utilizing a sprinter van to transport bulk US Currency and items of monetary value to Aaron Murphy in Mexico during this investigation. On January 14, 2025, members of the TRO drove to Joshua Murphy's residence in Milfay, Oklahoma and observed the sprinter to be parked on the property of residence. Investigators through the communications provided by SOI-1

believe that Joshua Murphy was attempting to obtain the DEA members addresses to harm the agents and their families. Investigators also believe that Joshua Murphy is paranoid about being apprehended and therefore he wants to destroy the van to get rid of evidence which could incriminate him.

18. At approximately 2:28 p.m., members of the TRO called the SOI-1. During the conversation members of the TRO obtained further information from SOI-1 regarding Joshua MURPHY's threats to DEA personnel and their families. The conversation was recorded by members of the TRO. Below is a synopsis of the conversation with SOI-1.

19. SOI-1 stated SOI-1 does not know what Joshua Murphy has looked up regarding the DEA personnel, but does know that Joshua Murphy has communicated with Toymeka Shackelford about the investigation conducted by law enforcement. Specifically, the TRO's and Tulsa Police Department's joint and separate investigations. SOI-1 stated Shackelford advised Joshua Murphy that she had been speaking to the DEA and previously provided Joshua Murphy with a telephone number of a law enforcement officer that was in communication with Shackelford[2]. SOI-1 stated that within the last 4 days Joshua Murphy met with Shackelford again and Shackelford informed Joshua Murphy that Shackelford believes she knows of two other DEA Agents. SOI-1 stated Joshua Murphy advised

[2] Members of the TRO executed a search warrant at Shackelford's residence in January of 2024. During a search of the residence investigators seized empty bags with residue but no substantial amounts of controlled substances. Shackelford was not arrested at that time and has not been arrested since. Shackelford has not been in contact with any DEA member, however DEA does know that the Tulsa Police Department contacted her and the number that SOI-1 obtained from Joshua Murphy belonged to a Tulsa Police Investigator.

further about the meeting with Shackelford stating Shackelford will not provide the DEA Agents names to him. SOI-1 stated that Joshua Murphy advised that he is attempting to find out where law enforcement sleeps, and where law enforcements kids sleep because "it is life for a life". SOI-1 stated Joshua Murphy informed SOI-1 that if law enforcement wants to put pressure on Joshua Murphy, he is going to do the same on them. SOI-1 stated that Joshua Murphy is actively trying to find who is working on the case against the Aaron Wilkie Murphy DTO, and that he identified the head guy in Tulsa to be the male SOI-1 texted to members of the TRO (paragraph 10). SOI-1 stated Joshua Murphy informed SOI-1 that there is a couple of other people underneath the main guy and that Joshua Murphy is trying to find out about those investigators as well. SOI-1 stated SOI-1 has had numerous conversations with Joshua Murphy regarding his attempts to identify and locate law enforcement involved in this investigation.

20. The conversation concluded with investigators asking SOI-1 if she believed Joshua Murphy when he talks about harming law enforcement. SOI-1 replied, SOI-1 does not know how far Joshua Murphy will go, but in last six months Joshua Murphy has physically assaulted SOI-1, to include strangling SOI-1. SOI-1 stated in the last 6 months Joshua Murphy has also held SOI-1 hostage, while holding a firearm to SOI-1's head. SOI-1 stated Joshua Murphy held SOI-1 hostage because he wanted to destroy SOI-1's cellular device so there would be no evidence of their communications. SOI-1 concluded the conversation by stating that Joshua Murphy is a 20 year military veteran and an alcoholic who possesses rifles, handguns, and

shotguns.

21. After speaking with SOI-1 members of the TRO identified the telephone number 918-607-5192 was an AT&T cellular device. Members of the TRO served AT&T with an administrative subpoena. Shortly after members of the TRO received a return from AT&T. Through the data provided members of the TRO identified that the user of the device was Joshua C. Murphy at 31474 South 4160 Road, Inola, Oklahoma. Through this investigation members of the TRO know that 31474 South 4160 Road, Inola, is the residence of Aaron and Joshua Murphy's mother.

22. Members of the TRO conducted toll analysis regarding telephone number 918-607-5192, for the dates of March 22, 2025, to March 24, 2025. Through training and experience investigators know that phone providers will not provide toll analysis for the date requested therefore tolls for the telephone on todays date will not be obtainable until tomorrow.

23. Through toll analysis investigators identified that on March 22, 2025, telephone number 918-607-5192, utilized by Joshua Murphy had approximately 5 total contacts with SOI-1. Of those 5 contacts, investigators observed the duration of the calls to be between approximately 53 seconds, to 58 minutes and 35 seconds. Based on the recording provided by SOI-1 there was approximately 2 contacts between SOI-1 and Joshua Murphy on March 22, 2025 which were over 30 minutes which would be the contacts where SOI-1 obtained the audio recording with Joshua Murphy discussing harming federal law enforcement and their family.

24. At approximately 6:59 p.m., the SOI-1 sent members of the TRO a screen

shot to members of the TRO. The screen shot was a text conversation with telephone number 918-607-5192, utilized by Joshua Murphy. Below is a picture of the text.



25. Through training and experience members of the TRO believe that Joshua Murphy is discussing activities he conducted with his brother in the beginning of the message. Members of the TRO know that Aaron Murphy utilizes the alias name of Richard during this investigation. At the end of the text Joshua Murphy sent that he was planning something "real bad", but he wanted to talk to his babies one more time before he does it. SOI-1 provided further information to members of the TRO stating that Joshua Murphy was informing SOI-1 that he found another DEA Agent.

26. Based on the facts above, members of the TRO believe that Joshua Murphy has communicated threats to assault and murder Federal law enforcement officers and their family members.

**Conclusion**

27. Based on the foregoing, I believe there is probable cause that JOSHUA CLAY MURPHY (DOB XX/XX/1977) has violated 18 U.S.C. § 115, Influencing, Impeding, or Retaliating Against a Federal Official. It is therefore respectfully requested this Court issue a complaint and arrest warrant for JOSHUA CLAY MURPHY.

Respectfully Submitted,

Alan Frank

Alan Frank, SA
Drug Enforcement Administration

Sworn and subscribed to me by telephone this 25th day of March, 2025.

Susan E. Huntsman
United States Magistrate Judge