FILED
APR 0 9 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOSHUA CLAY MURPHY,**

**Defendant.**

**Case No.** 25 CR - 131 JDR

**INDICTMENT**
**[COUNT ONE: 18 U.S.C. §§ 115(a)(2) and 115(b)(4) – Threatening to Assault and Murder a Former Federal Law Enforcement Officer with Intent to Retaliate;**
**COUNT TWO: 18 U.S.C. §§ 115(a)(2) and 115(b)(4) – Threatening to Assault and Murder Immediate Family Members of a Former Federal Law Enforcement Officer with Intent to Retaliate;**
**COUNT THREE: 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) – Threatening to Assault and Murder Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, and Retaliate;**
**COUNT FOUR: 18 U.S.C. §§ 115(a)(1)(A) and 115(b)(4) – Threatening to Assault and Murder Immediate Family Members of Federal Law Enforcement Officers with Intent to Impede, Intimidate, Interfere, and Retaliate]**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. §§ 115(a)(2) and 115(b)(4)]**

From on or about March 22, 2025, to on or about March 26, 2025, within the Northern District of Oklahoma and elsewhere, **JOSHUA CLAY MURPHY**, knowingly threatened to assault and murder a former federal law enforcement

officer, that is, K.P., a person known to the Grand Jury, with intent to retaliate against K.P. on account of the performance of K.P.'s official duties during his term of service.

All in violation of Title 18, United States Code, Sections 115(a)(2) and 115(b)(4).

**COUNT TWO**
**[18 U.S.C. §§ 115(a)(2) and 115(b)(4)]**

From on or about March 22, 2025, to on or about March 26, 2025, within the Northern District of Oklahoma and elsewhere, **JOSHUA CLAY MURPHY**, knowingly threatened to assault and murder members of the immediate family of a former federal law enforcement officer, that is, K.P., a person known to the Grand Jury, with intent to retaliate against K.P. on account of the performance of K.P.'s official duties during his term of service.

All in violation of Title 18, United States Code, Sections 115(a)(2) and 115(b)(4).

**COUNT THREE**
**[18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4)]**

From on or about March 22, 2025, to on or about March 26, 2025, within the Northern District of Oklahoma and elsewhere, **JOSHUA CLAY MURPHY**, knowingly threatened to assault and murder federal law enforcement officers known to the Grand Jury, with intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

**COUNT FOUR**
**[18 U.S.C. §§ 115(a)(1)(A) and 115(b)(4)]**

From on or about March 22, 2025, to on or about March 26, 2025, within the Northern District of Oklahoma and elsewhere, **JOSHUA CLAY MURPHY**, knowingly threatened to assault and murder members of the immediate families of federal law enforcement officers known to the Grand Jury, with the intent to impede, intimidate, and interfere with the officers while they were engaged in the performance of their official duties, and with the intent to retaliate against the officers on account of the performance of their official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(A).

CLINTON J. JOHNSON
United States Attorney

ADAM C. BAILEY
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson